IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LEE TERRY,

    Petitioner,                     No. CIV S-06-0244 GEB KJM P

    vs.

JAMES TILTON, Director
of Corrections,

    Respondent,.                  ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with this petition for a writ of habeas corpus under 28 U.S.C. § 2254.

        On August 24, 2006, plaintiff filed a motion for leave to amend his petition in two respects. First, petitioner seeks to substitute James Tilton, the new director of the Department of Corrections and Rehabilitation as the respondent. This substitution is appropriate and shall be made.

        Petitioner then seeks to add an additional claim, that of ineffective assistance of trial counsel, along with additional declarations supporting the claim; he has not submitted a complete proposed amended petition, however. Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a

1

general rule, an amended complaint supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  The court cannot simply attach petitioner's additional arguments to the existing petition.  Accordingly, because petitioner has not complied with the local rules for filing an amended petition, this portion of his request will be denied without prejudice.

IT IS HEREBY ORDERED

1. Petitioner's request to substitute James Tilton as the respondent is granted and the caption of this case is modified to reflect the substitution; and

2. Petitioner's August 24, 2006, motion to amend his petition is denied without prejudice.

DATED: October 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
terr0244.amd

2