1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID LEE TERRY,

11          Petitioner,                    No. CIV S-06-0244 GEB KJM P

12       vs.

13   JAMES TILTON, Director of Corrections,

14          Respondent.                    ORDER

15   _____/

16          Petitioner has requested an extension of time to file and serve an opposition to

17   respondent's September 26, 2006 motion to dismiss.  Good cause appearing, IT IS HEREBY

18   ORDERED that:

19          1.  Petitioner's October 23, 2006 request for an extension of time is granted; and

20          2.  Petitioner shall file and serve an opposition to the respondent's September 26,

21   2006 motion to dismiss on or before November 25, 2006.

22   DATED:  November 3, 2006.

23                                          _____
                                            U.S. MAGISTRATE JUDGE
24

25   /mp
     terr0244.111
26