IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID LEE TERRY,** | CIV S-06-0244 GEB KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **MULE CREEK STATE PRISON,** | |
| Respondent. | |

Respondent has requested a thirty-day extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss.

GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including January 3, 2007, in which to file a reply to the opposition filed by Petitioner.

DATED: December 5, 2006.

_____
U.S. MAGISTRATE JUDGE

Order