IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LEE TERRY,

    Petitioner,                   No. CIV S-06-0244 GEB KJM P

    vs.

MULE CREEK STATE PRISON, et al.,

    Respondents.               <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 17, 2009, the court denied petitioner's motion for reconsideration. Petitioner has filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit. On May 21, 2009, petitioner filed an application to proceed in forma pauperis. The court file reflects that petitioner has not paid the filing fee for this action.

        Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court which:

    (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

1         B) claims an entitlement to redress; and

2         (C) states the issues that the party intends to present on appeal.

3 Fed. R. App. P. 24(a)(2). Petitioner's affidavit demonstrates his inability to pay or to give

4 security for fees and costs. Petitioner has not, however, claimed entitlement to redress nor

5 clearly stated the issues petitioner intends to present on appeal. Petitioner has not complied with

6 the requirements of Fed. R. App. P. 24(a). Accordingly, his request to proceed in forma pauperis

7 on appeal will be denied without prejudice.

8         Accordingly, IT IS HEREBY ORDERED that petitioner's request to proceed in

9 forma pauperis on appeal (docket no. 46) is denied without prejudice.

10 DATED: June 29, 2009.

                                                    U.S. MAGISTRATE JUDGE

14 2
terr0244.24(a)