IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID TERRY,

    Petitioner,                   No. CIV S-06-0244 GEB KJM P

    vs.

JAMES TILTON,

    Respondent.               ORDER

                                  /

        Petitioner has filed a second motion for relief from the judgment entered September 28, 2007, arguing that he is entitled to equitable tolling under Townsend v. Knowles, 562 F.3d 1200 (9th Cir.), cert. denied, ___ U.S. ___, 130 S.Ct. 193 (2009) and Harris v. Carter, 515 F.3d 1051 (9th Cir.), cert. denied sub nom. Brunson v. Harris, ___ U.S. ___, 129 S.Ct. 397 (2008).

        IT HEREBY ORDERED that respondent file an opposition or statement of non-opposition to this motion within thirty days of the date of this order. Petitioner's reply, if any, is due within fourteen days of the filing of the opposition.

DATED: June 22, 2010.

_____
U.S. MAGISTRATE JUDGE

2/terr0244.ord

1