IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LEE TERRY,

      Petitioner,               No. CIV S-06-0244 GEB KJM P

    vs.

JAME TILTON, et al.,

      Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 12, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 12, 2010, are adopted in full;

2. Petitioner's motion for relief from judgment (Docket No. 51) is denied; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: January 18, 2011

GARLAND E. BURRELL, JR.
United States District Judge